# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| **TALON C. SILVERHORN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:19cv628 |
| | ) |
| **COLONIAL WILLIAMSBURG FOUNDATION,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff Talon Silverhorn and Defendant Colonial Williamsburg Foundation, by counsel, notify the Court that the parties have reached an agreement to settle all claims against CWF. The parties are working to complete the settlement process, after which they will jointly ask the Court to dismiss this matter with prejudice.

Dated: October 23, 2020

Respectfully submitted,

**COLONIAL WILLIAMSBURG FOUNDATION**

By:  */s/ Heidi E. Siegmund*

Dana L. Rust (VSB # 28408)
Heidi E. Siegmund (VSB # 89569)
Summer L. Speight (VSB # 80957)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219
(Office) (804) 775-1000
(Fax) (804) 775-1061
drust@mcguirewoods.com
hsiegmund@mcguirewoods.com
sspeight@mcguirewoods.com

Robert W. McFarland (VSB # 24021)
MCGUIREWOODS LLP
101 W. Main Street, Suite 9000
World Trade Center
Norfolk, VA 23510
(Office)  (757) 640-3716
(Fax) (757) 640-3966
rmcfarland@mcguirewoods.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of October, 2020, a true copy of the foregoing was filed with the Court using the CM/ECF system, which will send notification of such filing to the following:

>William Akers
>The Akers & Cleator Law Group P.L.L.C.
>291 McLaws Circle, Suite 1
>Williamsburg, VA 23185
>peyton@aclawva.com
>Tel: 757-707-8838
>Fax: 757-707-8828
>
>Shira L. Hedgepeth
>The Law Office of Shira Hedgepeth, PLLC
>PO Box 514
>Cullowhee, NC 28723
>Tel: 828-585-5044
>Fax: 828-585-6097
>shira@legal-decisions.com

>>/s/ Heidi E. Siegmund
>>Heidi E. Siegmund (VSB # 89569)
>>MCGUIREWOODS LLP
>>Gateway Plaza
>>800 East Canal Street
>>Richmond, Virginia  23219
>>(Office) (804) 775-1000
>>(Fax) (804) 775-1061
>>hsiegmund@mcguirewoods.com
>>
>>*Counsel for Defendant*