IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| TALON C. SILVERHORN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:19cv628 |
| | ) |
| COLONIAL WILLIAMSBURG | ) |
| FOUNDATION, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Talon Silverhorn and Defendant Colonial Williamsburg Foundation hereby stipulate that this action shall be dismissed WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

SO STIPULATED AND AGREED.

Dated: October 29th, 2020

Respectfully submitted,

*Counsel for Plaintiff*

/s/_____
The Akers & Cleator Law Group P.L.L.C.
291 McLaws Circle, Suite 1
Williamsburg, VA 23185
Tel: 757-707-8838
Fax: 757-707-8828
peyton@aclawva.com


Shira L. Hedgepeth
The Law Office of Shira Hedgepeth, PLLC PO Box 514
Cullowhee, NC 28723
Tel: 828-585-5044
Fax: 828-585-6097
shira@legal-decisions.com


*Counsel for Defendant*

                    /s/
Dana L. Rust (VSB # 28408)
Heidi E. Siegmund (VSB # 89569)
Summer L. Speight (VSB # 80957)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219
(Office) (804) 775-1000
(Fax) (804) 775-1061
drust@mcguirewoods.com
hsiegmund@mcguirewoods.com
sspeight@mcguirewoods.com

Robert W. McFarland (VSB # 24021)
MCGUIREWOODS LLP
101 W. Main Street, Suite 9000
World Trade Center
Norfolk, VA 23510
(Office)  (757) 640-3716
(Fax) (757) 640-3966
rmcfarland@mcguirewoods.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on October 29, 2020, and that the document was thereby served on all counsel identified on the Notice of Electronic Filing.

                                            /s/ William Akers
                                            William Akers
                                            The Akers & Cleator Law Group P.L.L.C.
                                            291 McLaws Circle, Suite 1
                                            Williamsburg, VA 23185
                                            peyton@aclawva.com
                                            Tel: 757-707-8838
                                            Fax: 757-707-8828